[pic]

 NUMBER 13-14-00296-CV

 COURT OF APPEALS

 THIRTEENTH DISTRICT OF TEXAS

 CORPUS CHRISTI - EDINBURG
____________________________________________________

Natalie G. Tise and Scott M. Witte, Both
Individually and As Independent Executors
of the Estate of James R. Witte, Deceased, Appellant,

 v.

Thelma Louise Witte and James R. Witte, Appellee.
 ____________________________________________________

 On appeal from the 24th District Court
 of De Witt County, Texas.
____________________________________________________

 ORDER REFERRING CASE TO MEDIATION

 The Court has determined that this case should be referred to
mediation prior to briefing. Tex. Civ. Prac. & Rem. Code Ann.
§§154.001-.073 (Vernon 2005). Accordingly, it is ORDERED that this
case be mediated under the following terms and conditions:

 1. The parties must promptly agree upon a mediator and, within
 seven days of this Order, notify the Court in writing of the name
 and address of the mediator selected. If the parties are unable
 to agree upon a mediator, they must so notify the Court within
 the seven day period and the Court will appoint a mediator.

 2. All parties must confer with their mediator within seven days
 of the date of this Order, or in the case of a court appointed
 mediator, within seven days of the appointment of the mediator,
 to establish a date and place for the mediation. The parties
 shall agree on a date for the mediation that is consistent with
 the mediator’s schedule and is no later than six weeks after the
 date of this Order. In the event the parties cannot agree on a
 date, the mediator shall select and set a date. The mediator
 shall notify the Court of the date selected for the mediation.

 3. In the discretion of the mediator, each party may be required
 to provide a confidential memorandum and/or information sheet
 setting forth the issues of the case and their positions on these
 issues. Additionally, upon request of the mediator, the parties
 shall produce all information the mediator deems necessary to
 understand the issues of the case. The memorandum and/or
 information sheet and other information produced to the mediator
 will not be made a part of the file in this case and will be
 destroyed by the mediator at the conclusion of the mediation
 proceeding.

 4. All parties to this matter or their authorized
 representatives, accompanied by their counsel, must appear and
 attend the mediation proceeding.

 5. Mediation is a mandatory, non-binding settlement conference
 conducted with the assistance of a mediator. The mediation
 proceeding will be confidential within the meaning of the Texas
 Civil Practice and Remedies Code sections 154.053 and 154.073.
 See Tex. Civ. Prac. & Rem. Code Ann. §§154.053-.073 (West 2011).

 6. Unless otherwise agreed, the mediation proceeding will not be
 recorded.

 7. The mediator will negotiate a reasonable fee with the
 parties. The mediator’s fee will be borne equally by the parties
 unless otherwise agreed by the parties, and will be paid directly
 to the mediator. If the parties do not agree upon the fee
 requested by the mediator, the Court will set a reasonable fee,
 which shall be taxed as costs. Tex. Civ. Prac. & Rem. Code Ann.
 §154.054 (West 2011).

 8. Within two days after the conclusion of the mediation, the
 mediator shall certify to this Court as follows: (a) whether the
 parties appeared as ordered, (b) whether the case settled, and
 (c) whether the mediation fees were paid in accordance with the
 Court’s order or as otherwise agreed by the parties.

 9. If mediation fully resolves the issues in this case, the
 parties must file a joint or agreed motion seeking dispositive
 relief, within seven days of the conclusion of the mediation. If
 the parties need more time to effectuate the terms of the
 settlement agreement, they must within seven days of the
 conclusion of mediation, file a joint or agreed motion for an
 extension of time to file their disposition motion.

 It is FURTHER ORDERED that this appeal will be stayed until the
completion of the mediation.

 WITNESS the Honorable Rogelio Valdez, Chief Justice of the Court
of Appeals, 13th Court of Appeals District, at Corpus Christi -
Edinburg, Texas.

 GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at my office this 9th
day of July, 2014.

 DORIAN E. RAMIREZ, CLERK
 Thirteenth Court of Appeals